UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

---

City of El Cenizo, Texas, Mayor Raul L. Reyes of City of El Cenizo, Maverick County, Maverick County Sheriff Tom Schmerber, Maverick County Constable Pct. 3-1 Mario A. Hernandez, and League of United Latin American Citizens,

   *Plaintiffs*,

 v.

State of Texas, Governor Greg Abbott (In His Official Capacity), and Texas Attorney General Ken Paxton (In His Official Capacity)

   *Defendants*.

---

Civil Action No. 5:17-cv-404-OLG

**APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiffs hereby apply to the Court for a preliminary injunction enjoining all Defendants from enforcing Texas Senate Bill 4 ("SB 4"). The application is made on the basis of declarations and Memorandum in Support of Plaintiffs' Application for Preliminary Injunction filed herewith.

As set forth in detail in the Memorandum, Plaintiffs have established that they are likely to succeed on the merits of their claims that SB 4 violates the Constitution; that Plaintiffs will suffer irreparable harm if the Court does not enjoin SB 4; that the Defendants will suffer no harm if the Court preserves the status quo pending adjudication of this matter on the merits; that the balance of hardships tips strongly in Plaintiffs' favor; and that a preliminary injunction in this case advances the public interest.

For these reasons and the reasons detailed in the accompanying Memorandum in Support of Plaintiffs' Application for Preliminary Injunction, Plaintiffs respectfully request that the Court grant their Application.

Dated:  June 5, 2017                                        Respectfully Submitted,

|  |  |
|---|---|
| Lee Gelernt<br>Omar C. Jadwat<br>Andre I. Segura<br>Spencer E. Amdur<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY10004<br>Phone: (212) 549-2600<br>Fax: (212) 549-2654<br>lgelernt@aclu.org<br>ojadwat@aclu.org<br>asegura@aclu.org<br>samdur@aclu.org<br><br>Edgar Saldivar<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF TEXAS<br>1500 McGowen Street, Suite 250<br>Houston, TX 77004<br>Phone: (713) 325-7011<br>esaldivar@aclutx.org<br><br>Cecillia D. Wang<br>Cody H. Wofsy<br>Stephen Kang*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 343-0770<br>cwang@aclu.org<br>cwofsy@aclu.org<br><br>*Pro Hac Vice Forthcoming | /s/ *Luis Roberto Vera, Jr.*<br>Luis Roberto Vera, Jr.<br>LULAC National General Counsel<br>SBN:  20546740<br>THE LAW OFFICE OF LUIS ROBERTO VERA, JR.<br>& ASSOCIATES<br>1325 Riverview Towers<br>111 Soledad<br>San Antonio, TX 78205-2260<br>Phone: (210) 225-3300<br>Fax: (210) 225-2060<br>lrvlaw@sbcglobal.net<br><br>Max Renea Hicks<br>LAW OFFICE OF MAX RENEA HICKS<br>P.O. Box 303187<br>Austin, TX 78703<br>Phone: (512) 480-8231<br>rhicks@renea-hicks.com |

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I, Luis Vera, Jr., hereby certify that on June 5, 2017 copies of this Application for Preliminary Injunction were electronically filed via the Court's CM/ECF system.

Dated: June 5, 2017
/s/ Luis Roberto Vera, Jr.
Luis Roberto Vera, Jr.
LULAC National General Counsel
SBN:  20546740
THE LAW OFFICE OF LUIS ROBERTO VERA,
JR. & ASSOCIATES
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
Phone: (210) 225-3300
Fax: (210) 225-2060
lrvlaw@sbcglobal.net