IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 0 7 2017
CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| CITY OF EL CENIZO, TEXAS, ET. AL. Plaintiffs, | § § § § | CAUSE NO: SA-17-CV-0404 OLG (Lead Case) |
| v. | § § | |
| STATE OF TEXAS, ET.AL. Defendants, | § § | |
| EL PASO COUNTY, ET.AL., Plaintiffs, | § § § | SA-17-CV-0459-OLG (Consolidated Case) |
| v. | § § | |
| STATE OF TEXAS, ET.AL. Defendants, | § § | |
| CITY OF SAN ANTONIO, ET.AL., Plaintiffs, | § § § | SA-17-CV-0489-OLG (Consolidated Case) |
| v. | § § | |
| STATE OF TEXAS, ET.AL. Defendants, | § § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a PRELIMINARY INJUNCTION HEARING in Courtroom No. 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Monday, June 26, 2017 at 9:30 A.M.

The Defendants' response to the motion is due June 19, 2017, seven days prior to the hearing. The Court will consider allowing supplemental post hearing briefs for those parties who need additional time to submit written arguments.

Signed this __7__ day of June 2017.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE