IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
JUN 2 0 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| CITY OF EL CENIZO, TEXAS; MAYOR RAUL L. REYES, CITY OF EL CENIZO; MAVERICK COUNTY; MAVERICK COUNTY SHERIFF TOM SCHMERBER; MAVERICK COUNTY CONSTABLE PRECINCT 3-1 MARIO A. HERNANDEZ; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br>*Plaintiffs*<br><br>v.<br><br>STATE OF TEXAS; GOVERNOR GREG ABBOTT, in his official capacity; and TEXAS ATTORNEY GENERAL KEN PAXTON, in his official capacity<br>*Defendants* | Civil Action No. 5:17-CV-404-OG<br>[Lead Case] |
| EL PASO COUNTY; RICHARD WILES, SHERIFF OF EL PASO COUNTY, in his official capacity; and the TEXAS ORGANIZING PROJECT EDUCATION FUND<br>*Plaintiffs*<br><br>v.<br><br>STATE OF TEXAS; GOVERNOR GREG ABBOTT; ATTORNEY GENERAL KEN PAXTON; and DIRECTOR STEVE MCCRAW, TEXAS DEPARTMENT OF PUBLIC SAFETY – in their official capacities<br>*Defendants* | Civil Action No. 5:17-CV-459-OG<br>[Consolidated Case] |

1

|  |  |
|---|---|
| CITY OF SAN ANTONIO, TEXAS; REY A. SALDANA, in his official capacity as San Antonio City Councilmember; TEXAS ASSOCIATION OF CHICANOS IN HIGHER EDUCATION; LA UNION DEL PUEBLO ENTERO; and WORKERS DEFENSE PROJECT<br>　　　*Plaintiffs*<br><br>v.<br><br>STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of the State of Texas; KEN PAXTON, in his official capacity as Attorney General of Texas<br>　　　*Defendants* | Civil Action No. 5:17-CV-489-OG<br>[Consolidated Case] |

## **ORDER**

Pending before the Court is the Motion for Enlargement of Page Limitation for Brief in Support of Application for Preliminary Injunction by City of San Antonio, Texas, Rey A. Saldaña, Texas Association of Chicanos in Higher Education, La Union del Pueblo Entero, and Workers Defense Project. After careful consideration, the Court is of the opinion that the motion has merit and should be GRANTED.

Accordingly, it is hereby ORDERED that the Motion for Enlargement of Page Limitations is GRANTED. The Clerk is hereby ORDERED to docket Brief in Support of Application for Preliminary Injunction by City of San Antonio, Texas, Rey A. Saldana, Texas Association of Chicanos in Higher Education, La Union del Pueblo Entero, and Workers Defense Project.

IT IS SO ORDERED,

ON THIS _____ Day of _____, 2017

_____
HON. ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE