UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| City of El Cenizo, Texas, *et al.*., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 5:17-cv-404-OLG |
| Texas, *et al.*, | )<br>)<br>) |
| Respondents. | )<br>) |

**NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES**

Please take notice that pursuant to 28 U.S.C. § 517,[1] undersigned counsel hereby enters his appearance on behalf of the United States, who will be filing a Statement of Interest on its behalf no later than Friday, June 23, 2017 at 10:00 a.m. CST. This statute provides a mechanism for the United States to submit its views in cases in which the United States is not a party, *see, e.g., Application of Blondin v. Dubois*, 78 F. Supp. 2d 283, 288 n.4 (S.D.N.Y. 2000), and is not intended to "subject[] it to the general jurisdiction of this Court." *See, e.g.*, *Flatow v. Islamic Republic of Iran*, 305 F.3d 1249, 1252-53 & n.5 (D.C. Cir. 2002).

---

[1] 28 U.S.C. § 517 provides that "[t]he Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States." And 28 U.S.C. § 518 permits the Attorney General or his designee to "conduct and argue suits and appeals" in which "the United States is interested," and, when he "considers it in the interests of the United States," to "personally conduct and argue any case in a court of the United States in which the United States is interested, or he may direct the Solicitor General or any officer of the Department of Justice to do so."

Dated: June 21, 2017                    Respectfully Submitted,

                                        CHAD A. READLER
                                        *Acting Asst. Attorney Gen.*

                                        WILLIAM C. PEACHEY
                                        *Director*
                                        Office of Immigration Litigation
                                        District Court Section

                                        /s/ Erez Reuveni
                                        EREZ REUVENI
                                        *Senior Litigation Counsel*
                                        U.S. Department of Justice
                                        Civil Division,
                                        450 5th Street NW
                                        Washington, D.C. 20530
                                        Tel: 202-307-4293
                                        erez.r.reuveni@usdoj.gov

                                        *Counsel for United States*

## CERTIFICATE OF SERVICE

I certify that on June 21, 2017, I electronically filed the foregoing motion with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to the attorneys of record for all parties.

/s/ Erez Reuveni
EREZ REUVENI
Senior Litigation Counsel
U.S. Department of Justice