IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CITY OF EL CENIZO, TEXAS, *ET AL.* | § | |
|     PLAINTIFFS, | § | |
| | § | |
| TRAVIS COUNTY, | § | |
| TRAVIS COUNTY JUDGE SARAH | § | CIVIL CASE NO. 5:17-CV-404-OLG |
| ECKHARDT, AND | § | |
| TRAVIS COUNTY SHERIFF | § | |
| SALLY HERNANDEZ | § | |
|     PLAINTIFF-INTERVENORS, | § | |
| | § | |
| V. | § | |
| | § | |
| STATE OF TEXAS, *ET AL.* | § | |
|     DEFENDANTS. | § | |

**PLAINTIFF-INTERVENOR-TRAVIS COUNTY'S
APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiff-Intervenors, Travis County, Travis County Sheriff Sally Hernandez (in her official capacity) and Travis County Judge Sarah Eckhardt (in her official capacity) (Hereafter "Travis County Plaintiff Intervenors") hereby join the Application for Preliminary Injunction filed in this cause by Plaintiffs City of El Cenizo, *et al.*, and adopt by reference Plaintiffs' declarations and Memorandum in Support of Plaintiffs' Application for Preliminary Injunction. [DKT 24].

Travis County Plaintiff-Intervenors offer the additional declaration of Travis County Sheriff Sally Hernandez, attached hereto as Ex. 1, to support Travis County Plaintiff Intervenors Application for Preliminary Injunction. Sheriff Hernandez has provided information about the particular harm she has suffered and her perspective as a target of the State's legislation, SB 4.

# EXHIBIT A

(See attached Declaration. Ex. 1). In her Declaration, Sheriff Hernandez addresses numerous issues related to SB 4 including the effect of SB 4's detainer provision on the Travis County Jail.

As set forth in the Memorandum, [DKT 24] Plaintiffs have established that they and Travis County Plaintiff-Intervenors are likely to succeed on the merits of their claims that SB 4 violates the Constitution; that Plaintiffs and Travis County Plaintiff-Intervenors, will suffer irreparable harm if the Court does not enjoin SB 4; that the Defendants will suffer no harm if the Court preserves the status quo pending adjudication of this matter on the merits; that the balance of hardships tips strongly in favor of Plaintiffs and Travis County Plaintiff-Intervenors and that a preliminary injunction in this case advances the public interest.

So as to not to delay the proceeding, for these reasons, and the reasons detailed in Plaintiffs' Memorandum in Support of Plaintiffs' Application for Preliminary Injunction, Travis County Plaintiff-Intervenors respectfully request that the Court grant the Plaintiff Intervenors Travis County, Travis County Judge Sarah Eckhardt and Travis County Sheriff Hernandez's Application for Preliminary Injunction.

///

**EXHIBIT A**

Dated: June __, 2017                    Respectfully Submitted,

**DAVID A. ESCAMILLA**

**TRAVIS COUNTY ATTORNEY**
P. O. Box 1748
Austin, Texas  78767
(512) 854-9415
(512) 854-4808 FAX


By:    /s/ Sherine E. Thomas
Sherine E. Thomas
Assistant County Attorney
State Bar No. 00794734
sherine.thomas@traviscountytx.gov
Sharon K. Talley
       Assistant County Attorney
State Bar No. 19627575
sharon.talley@traviscountytx.gov
Anthony J. Nelson
Assistant County Attorney
State Bar No. 14885800
tony.nelson@traviscountytx.gov
Laurie R. Eiserloh
Assistant County Attorney
State Bar No. 06506270
laurie.eiserloh@traviscountytx.gov
Tim Labadie
Assistant County Attorney
State Bar No. 11784853
tim.labadie@traviscountytx.gov
**ATTORNEYS FOR TRAVIS COUNTY PLAINTIFF-INTERVENOR**

# EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that on June, 12, 2017, the foregoing Opposed Motion to Intervene was served on the following attorneys of record in the manner stated, pursuant to Fed. R. Civ. P. 5(b):

**ATTORNEYS FOR THE
EL CENIZO PLAINTIFFS:**

**Via CM/ECF**
Luis Roberto Vera, Jr.
LULAC National General Counsel
SBN: 20546740
THE LAW OFFICE OF LUIS ROBERTO
VERA, JR. & ASSOCIATES
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
Phone: (210) 225-3300
Fax: (210) 225-2060
lrvlaw@sbcglobal.net

**Via CM/ECF**
Max Renea Hicks
LAW OFFICE OF MAX RENEA HICKS
P.O. Box 303187
Austin, TX 78703
Phone: (512) 480-8231
rhicks@renea-hicks.com

**Via CM/ECF**
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY10004
Phone: (212) 549-2600
Fax: (212) 549-2654
lgelernt@aclu.org

**Via CM/ECF**
Edgar Saldivar
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS
1500 McGowen Street, Suite 250
Houston, TX 77004
Phone: (713) 325-7011
esaldivar@aclutx.org

**Via CM/ECF**
Cody H. Wofsy
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwofsy@aclu.org

**ATTORNEY FOR THE CITY OF
SAN ANTONIO PLAINTIFFS:**

**Via CM/ECF**
Deborah Lynne Klein
Office of the City Attorney, Litigation Division
Frost Bank Tower
100 West Houston Street, 18th Floor
San Antonio, TX 78205-3966
Deborah.klein@sanantonio.gov

Plaintiff-Intervenors'
Application for Preliminary Injunction
501279_1     4

# EXHIBIT A

**ATTORNEYS FOR MALDEF:**

**Via CM/ECF**
Nina Perales
nperales@maldef.org
Marisa Bono
mbono@maldef.org
Celina Y. Moreno
cmoreno@maldef.org
MALDEF
110 Broadway Street #300
San Antonio, TX 78205

**ATTORNEYS FOR THE
EL PASO COUNTY PLAINTIFFS:**

**Via CM/ECF**
Jose Garza
Michael Moran
GARZA GOLANDO MORAN, PLLC
115 E. Travis St., Ste. 1235
San Antonio, Texas 78205
garzpalm@aol.com
michael@ggmtx.com

**Via CM/ECF**
Jo Anne Bernal
El Paso County Attorney
500 E. San Antonio
5th Floor, Suite 503
El Paso, TX 79901
joanne.bernal@ca.epcounty.com

**ATTORNEYS FOR THE
DEFENDANTS:**

**Via CM/ECF**
Andrew Drake Leonie, III
David Jonathan Hacker
David Austin Robert Nimocks
Office of the Attorney General of Texas
209 W. 14th Street, 8th Floor
Austin, TX 78701
Andrew.leonie@texasattorneygeneral.gov

**ATTORNEYS FOR THE
CITY OF AUSTIN:**

**Via EM/ECF**
Michael Siegel
Michael.seigel@austintexas.gov
Christopher Coppola
Christopher.coppola@austintexas.gov
ASSISTANT CITY ATTORNEYS
City of Austin-Law Department
P.O. Box 1546
Austin, Texas 78767-1546

**Via CM/ECF**
Mimi Marziani
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741
mimi@texascivilrightsproject.org

**Via CM/ECF**
Efrén C. Olivares
efren@texascivilrightsproject.org
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, TX 78516

David.hacker@oag.texas.gov
Austin.nimocks@oag.texas.gov

**Via CM/ECF**
Darren L. McCarty
Office of the Attorney General of Texas
240 W. 14th Street, 7th Floor
Austin, TX 78701
Darren.mccarty@oag.texas.gov

Plaintiff-Intervenors'
Application for Preliminary Injunction
501279_1        5

# EXHIBIT A

**Via CM/ECF**
Joel Stonedale
Joel.stonedale@oag.texas.gov
Attorney General of Texas
P.O. Box 12548, Mail Code 009
Austin, TX 78711

  And I hereby certify that a true and correct copy of the foregoing has been sent by other means, on the 12th day of June, 2017, to the following:

| | |
|---|---|
| Andre I. Segura<br>asegura@aclu.org<br>American Civil Liberties Union<br>125 Broad Street<br>New York, NY 10004 | Spencer Amdur<br>samdur@aclu.org<br>American Civil Liberties Union<br>125 Broad Street<br>New York, NY 10004 |
| Andrea E. Senteno<br>Law Office of Andrea E. Senteno<br>1016 16th Street, NW, Suite 100<br>Washington, DC 20036 | Tanya G. Pellegrini<br>tpellegrini@maldef.org<br>Law Office of Tanya G. Pellegrini<br>1512 14th Street<br>Sacramento, CA 95814 |
| Cecillia D. Wang<br>Stephen Kang*<br>American Civil Liberties Union Foundation<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 343-0770<br>skang@aclu.org<br>cwang@aclu.org<br>*Admission Pro Hac Vice pending | Thomas A. Saenz<br>tsaenz@maldef.org<br>Andrea Senteno<br>asenteno@maldef.org<br>110 Broadway, Ste. 300<br>San Antonio, TX 78205<br><br>Martin Golando<br>marty@ggmtx.com<br>GARZA GOLANDO MORAN, PLLC<br>115 E. Travis St., Ste. 1235<br>San Antonio, Texas 78205 |
| Omar C. Jadwat<br>ojadwat@aclu.org<br>American Civil Liberties Union<br>125 Broad Street<br>New York, NY 10004 | |

              _____
              Sherine E. Thomas
              Assistant County Attorney

# EXHIBIT A