# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| CITY OF EL CENIZO, et al., | No. 5:17-cv-404-OG |
| _Plaintiffs,_ | [Lead Case] |
| v. | |
| STATE OF TEXAS, et al., | |
| _Defendants._ | |
| | |
| EL PASO COUNTY, et al., | No. 5:17-cv-459-OG |
| _Plaintiffs,_ | [Consolidated Case] |
| v. | |
| STATE OF TEXAS, et al., | |
| _Defendants._ | |
| | |
| CITY OF SAN ANTONIO, et al., | No. 5:17-cv-489-OG |
| _Plaintiffs,_ | [Consolidated Case] |
| v. | |
| STATE OF TEXAS, et al., | **DECLARATION OF STEVEN C. MCCRAW** |
| _Defendants._ | |

**EXHIBIT 1**

My name is Steven C. McCraw and I am over the age of 18 and fully competent to make this declaration. If called to testify, I would declare the following:

1. I have served as the Director of the Texas Department of Public Safety since 2009.

2. My career in law enforcement has spanned 40 years.

3. I began my law enforcement career with the Department as a Highway Patrol Officer in Canyon in 1977.

4. I was promoted to Narcotics Investigator with the Department in 1980.

5. In 1983, I began a 21-year career with the Federal Bureau of Investigation. My assignments included Supervisory Special Agent, Organized Crime Unit Chief, Assistant Special Agent in Charge, Inspector-In-Charge of the South East Bomb Task Force, Special Agent in Charge, Director of the Foreign Terrorism Tracking Task Force and Assistant Director of the Office of Intelligence and Inspections.

6. In 2004, I retired from the FBI to become the Texas Homeland Security Director in the Office of the Governor, where I served until assuming the position as Director of the Department.

7. I earned my Bachelor of Science and Master of Arts Degrees from West Texas State University.

8. Article 2.131 of the Texas Code of Criminal Procedure prohibits peace officers, like those the Department employs, from engaging in racial profiling.

9. The Department has a zero-tolerance policy regarding racial profiling. The Department is committed to the prevention of racial profiling because it is illegal,

inconsistent with the principles of American policing, and is an indefensible public protection strategy the Department denounces. A true and correct copy of the policy regarding racial profiling is attached as **Exhibit 1**.

10. The Department has implemented proactive controls in support of its zero-tolerance regarding racial profiling. Troopers are required to record audio and video of each traffic stop. The Department preserves recordings for 90 days and preserves recordings of stops involving allegations of racial profiling indefinitely. Troopers must set the audio/video recording unit's operator selector switch to "automatic mode" so that as the patrol vehicle's emergency lighting equipment is activated, the audio/video recording unit will automatically activate to begin recording the entire contact or event. Patrol vehicle video recording units are set to capture at least two minutes prior to the activation of the video unit so that events occurring immediately prior to a public contact are recorded. DPS sergeants are required to conduct 20 hours of video observation review every six months for each trooper the sergeant supervises. DPS citations and warnings are printed with a toll free phone number to the DPS Office of Inspector General. The Inspector General is appointed by and reports directly to the Public Safety Commission and independently receives and investigates complaints, including complaints of racial profiling, brought against DPS commissioned officers.

11. The Department provides an annual public report regarding traffic stop data that demonstrates the Department's zero-tolerance policy on racial profiling. A true and correct copy of the latest Department report is attached as **Exhibit 2**

(https://www.dps.texas.gov/director_staff/public_information/2016_Traffic_Stop_D ata_Report.pdf).

12. The Department has adopted a policy regarding interaction with federal immigration officers. The policy elaborates on the principles that Department commissioned officers are not primarily responsible for the enforcement of federal immigration law but that officers are to cooperate with federal immigration officers. Absent appropriate coordination with federal immigration authorities, Department officers shall not stop any person based solely on the person's suspected immigration status. A true and correct copy of the policy on interaction with federal immigration officers is attached as **Exhibit 3**.

13. Under this policy, Department officers will inquire about a person's immigration status of legally detained individuals when information discovered in the course of the officer's investigation of a possible violation of state law, including an inability to identify the individual subject to investigation, causes the officer to reasonably suspect that the person is not authorized to be present in the United States. DPS officers will immediately attempt to contact a federal immigration officer if during a lawful detention justified by a suspected violation of state law the officer discovers information causing a reasonable suspicion that a person is unlawfully present in the United States. Individuals presenting a valid Texas Driver License or DPS issued Identification Card will be assumed to have lawful presence in the United States.

14. DPS Officers may prolong a detention for reasons related to federal immigration law only (1) to investigate reasonable suspicion of additional state law violations developed during the detention, or (2) if there is a request or instruction from a federal immigration officer. Under no circumstances may an officer detain an individual in a manner or for a duration that is unreasonable under the totality of circumstances.

15. Under this policy, Department officers may not subject members of any particular group to inquiries regarding immigration status based on considerations of race, color, religion, language or national origin.

16. And the policy contains additional protections for crime victims and witnesses. In the course of investigating an alleged criminal offense a Department officer may inquire as to the nationality or immigration status of a victim or witness to the offense only if necessary to investigate the offense or to provide the victim or witness with information about federal visas designed to protect individuals providing assistance to law enforcement.

17. I have read Texas Senate Bill 4 (SB 4) from the 85th Legislature. By its terms, the portion of SB 4 adding Section 752.053 to the Government Code (regarding policies of noncooperation) does not apply to the Department because the Department is neither a "Local Entity" nor a "Campus Police Department." Based on my extensive law enforcement experience, even if this portion of SB 4 would apply to the Department, it will not adversely affect the Department because we have no policies that run afoul of Section 752.053.

18. SB 4 also adds Article 2.251 to the Code of Criminal Procedure, requiring law enforcement agencies to comply with federal immigration detainers. Because the Department transfers custody of arrested persons to other jails or appropriate custodial facilities, this provision of SB 4 is not functionally relevant to the Department.

19. SB 4 also contains other provisions my office has already been complying with.

20. First, SB 4 provides that officers may not consider race, color, religion, language, or national origin while enforcing immigration laws except to the extent permitted by the United States and Texas constitutions.

21. Second, SB 4 expressly prohibits officers from inquiring into the immigration status of victims and witnesses to alleged crimes unless the inquiry is needed (1) to investigate the crime; (2) give the victim or witness information on federal visas designed to protect them as they cooperate with law enforcement; or (3) to inquire into a crime the officer has probable cause to believe the victim or witness committed. SB 4 goes on to allow departments to adopt community outreach policies that make the public aware of these provisions of the law.

22. The requirements in SB 4 do not hinder my ability to engage in policing that promotes public safety, builds public trust, and cooperates with federal immigration officers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of June, 2017 in Travis County.

Steven C. McCraw
Director
Texas Department of Public Safety

# Exhibit 1

**Department of Public Safety General Manual, Chapter 5**

**05.73.00 RACIAL PROFILING**

Members of the Department shall not engage in racial profiling. Racial profiling is defined as "a law enforcement initiated action based on an individual's race, ethnicity, or national origin rather than on the individual's behavior or on information identifying the individual as having engaged in criminal activity." Racial profiling is illegal, inconsistent with the principles of American policing, and an indefensible public protection strategy.

Complaints on incidents of racial profiling shall be handled through policies and procedures as established in Chapter 7A of the General Manual. Racial profiling is a major infraction, and employees involved in such activity will be subject to disciplinary action.

The Department will submit an annual report of the traffic stops conducted by its officers to the Public Safety Commission no later than March 1st of each year. The report will include the race or ethnicity of the individual detained, and whether a search was conducted and, if so, whether the person detained consented to the search.

# Exhibit 2

# 2016 TRAFFIC STOP DATA REPORT



# TEXAS DEPARTMENT OF PUBLIC SAFETY





During the 77th Regular Session of the Texas Legislature, Senate Bill 1074 regarding "Racial Profiling" was enacted into statute. The statute requires Texas law enforcement agencies to collect and analyze certain traffic stop data and to annually submit a report to the governing body of the agency and the Texas Commission on Law Enforcement. The statute provides exemptions for collecting and reporting data for agencies using audio and video recording equipment in law enforcement vehicles regularly used to make motor vehicle traffic stops.

Every Department of Public Safety (DPS) law enforcement vehicle used regularly to make motor vehicle traffic stops is equipped with audio and video recording equipment.

In an effort to ensure transparency, the DPS annually submits this report. The report for 2016 includes the racial/ethnic demographic composition of the Texas population based on the official 2015 Population Estimate reported by the United States Census Bureau in June of 2016.

The DPS is committed to the prevention of racial profiling. Racial profiling is illegal, inconsistent with the principles of American policing, and is an indefensible public protection strategy denounced by the DPS.

The DPS has zero-tolerance regarding racial profiling, and troopers are held to the highest standard of conduct. DPS Troopers are required to record audio and video of each traffic stop for evidentiary purposes. Traffic stop videos are maintained for 90 days, and DPS supervisors are required to review a minimum of 40 hours of recorded traffic stop videos per year. In instances where allegations of racial profiling are made, traffic stop videos are maintained indefinitely.

All allegations of racial profiling are immediately and thoroughly investigated by the DPS Office of Inspector General (OIG). Anyone who believes they have been the victim of racial profiling or otherwise treated unprofessionally should immediately report it to the OIG. The DPS now includes information about how to contact the OIG on all citations, warnings and commercial vehicle inspection reports.



# 2016 Traffic Stop Data Report
## Statewide

Based upon available data from January 1 through December 31, 2016, DPS Troopers made traffic stops, issued citations, warnings, and/or conducted searches of vehicles as follows:

| TOTAL STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Total Traffic Stops | % of Total Stops | % of Texas Population |
| African | 226,116 | 10.07% | 11.77% |
| Asian | 30,536 | 1.36% | 4.64% |
| Caucasian | 991,180 | 44.15% | 43.04% |
| Hispanic | 974,356 | 43.40% | 38.84% |
| Middle Eastern | 20,736 | 0.92% | 0.00% |
| Native American | 1,932 | 0.09% | 0.33% |
| Other | 0 | 0.00% | 1.38% |
| TOTAL | 2,244,856 | 100.00% | 100.00% |

| CONSENT VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Consent Searches | % of Consent Searches | % of Texas Population |
| African | 1,407 | 12.20% | 11.77% |
| Asian | 97 | 0.84% | 4.64% |
| Caucasian | 4,029 | 34.93% | 43.04% |
| Hispanic | 5,925 | 51.37% | 38.84% |
| Middle Eastern | 63 | 0.55% | 0.00% |
| Native American | 14 | 0.12% | 0.33% |
| Other | 0 | 0.00% | 1.38% |
| TOTAL | 11,535 | 100.00% | 100.00% |

| CITATION STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Citations Traffic Stops | % of Citation Stops | % of Texas Population |
| African | 90,317 | 11.99% | 11.77% |
| Asian | 11,289 | 1.50% | 4.64% |
| Caucasian | 302,998 | 40.24% | 43.04% |
| Hispanic | 340,123 | 45.17% | 38.84% |
| Middle Eastern | 7,581 | 1.01% | 0.00% |
| Native American | 730 | 0.10% | 0.33% |
| Other | 0 | 0.00% | 1.38% |
| TOTAL | 753,038 | 100.00% | 100.00% |

| PROBABLE CAUSE VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Probable Cause Searches | % of Probable Cause Searches | % of Texas Population |
| African | 4,302 | 24.51% | 11.77% |
| Asian | 132 | 0.75% | 4.64% |
| Caucasian | 7,286 | 41.50% | 43.04% |
| Hispanic | 5,740 | 32.70% | 38.84% |
| Middle Eastern | 73 | 0.42% | 0.00% |
| Native American | 22 | 0.13% | 0.33% |
| Other | 0 | 0.00% | 1.38% |
| TOTAL | 17,555 | 100.00% | 100.00% |

| WARNING STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Warning Traffic Stops | % of Warning Stops | % of Texas Population |
| African | 135,799 | 9.10% | 11.77% |
| Asian | 19,247 | 1.29% | 4.64% |
| Caucasian | 688,182 | 46.13% | 43.04% |
| Hispanic | 634,233 | 42.51% | 38.84% |
| Middle Eastern | 13,155 | 0.88% | 0.00% |
| Native American | 1,202 | 0.08% | 0.33% |
| Other | 0 | 0.00% | 1.38% |
| TOTAL | 1,491,818 | 100.000% | 100.00% |

| ALL OTHER VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | All Other Searches | % of All Other Searches | % of Texas Population |
| African | 845 | 12.17% | 11.77% |
| Asian | 32 | 0.46% | 4.64% |
| Caucasian | 3,109 | 44.79% | 43.04% |
| Hispanic | 2,928 | 42.18% | 38.84% |
| Middle Eastern | 19 | 0.27% | 0.00% |
| Native American | 9 | 0.13% | 0.33% |
| Other | 0 | 0.00% | 1.38% |
| TOTAL | 6,942 | 100.00% | 100.00% |

| TRAFFIC STOPS – PRIOR KNOWLEDGE | |
|---|---|
| Race/Ethnicity Known Prior to Stop | |
| Yes | 58,106 |
| No | 2,186,750 |

DPS Traffic Stop Data as of 02/06/2017.

Race/Ethnicity categories were aligned with Texas Code of Criminal Procedure Article 2.132 in November 2015, including the addition of Middle Eastern.

Asian includes Pacific Islander; African includes Black and African American.

Other includes Other and Unknown Race/Ethnicity, which are no longer options as of November 2015.

All Other Vehicle Searches include: Crash, Incident to Arrest, Inventory, and Search Warrant.

2



# 2016 Traffic Stop Data Report
## Statewide

The following chart demonstrates the race/ethnicity population estimates for Texas as determined by the official 2015 Population Estimate published by the United States Census Bureau.

| TEXAS – 2015 POPULATION ESTIMATE | | |
|---|---|---|
| **Race/Ethnicity** | **Total Persons** | **Percentage** |
| African | 3,232,751 | 11.77% |
| Asian | 1,274,570 | 4.64% |
| Caucasian | 11,821,951 | 43.04% |
| Hispanic | 10,670,101 | 38.84% |
| Middle Eastern | -- | -- |
| Native American | 90,469 | 0.33% |
| Other* | 379,272 | 1.38% |
| **Total** | **27,469,114** | **100.00%** |





# 2016 Traffic Stop Data Report
## Statewide

| TOTAL VEHICLE SEARCHES | | |
|---|---|---|
| Race/Ethnicity | Total | Percentage |
| African | 6,554 | 18.19% |
| Asian | 261 | 0.72% |
| Caucasian | 14,424 | 40.03% |
| Hispanic | 14,593 | 40.50% |
| Middle Eastern | 155 | 0.43% |
| Native American | 45 | 0.12% |
| Total | 36,032 | 100.00% |



| NON-TRAFFIC CRIMINAL ARRESTS WITH VEHICLE SEARCH CONDUCTED | | | |
|---|---|---|---|
| Race/Ethnicity | Drug Arrests with Search Conducted | Other Criminal Arrests with Search Conducted | Total Criminal Arrests with Search Conducted |
| African | 2,977 | 549 | 3,526 |
| Asian | 116 | 17 | 133 |
| Caucasian | 6,775 | 1,105 | 7,880 |
| Hispanic | 4,485 | 1,058 | 5,543 |
| Middle Eastern | 54 | 15 | 69 |
| Native American | 22 | 7 | 29 |
| TOTAL | 14,429 | 2,751 | 17,180 |

A non-traffic criminal offense is a criminal offense that is not classified as a traffic offense. These criminal offenses include violations that may range from minor in possession of an alcoholic beverage to murder.

| VEHICLE SEARCHES BY DRIVER LICENSE STATE | | | | |
|---|---|---|---|---|
| Race/Ethnicity | Texas | Out Of State | Other | Total |
| African | 5,311 | 1,218 | 25 | 6,554 |
| Asian | 184 | 75 | 2 | 261 |
| Caucasian | 11,953 | 2,405 | 66 | 14,424 |
| Hispanic | 12,360 | 1,262 | 971 | 14,593 |
| Middle Eastern | 96 | 48 | 11 | 155 |
| Native American | 16 | 27 | 2 | 45 |
| TOTAL | 29,920 | 5,035 | 1,077 | 36,032 |



# 2016 Traffic Stop Data Report
## Regional Boundaries

1 – Dallas Region
2 – Houston Region
3 – McAllen Region

4 – El Paso Region
5 – Lubbock Region
6 – San Antonio Region





# 2016 Traffic Stop Data Report
## Region 1 – Dallas

Based upon available data from January 1 through December 31, 2016, DPS Troopers made traffic stops, issued citations, warnings, and/or conducted searches of vehicles as follows:

| TOTAL STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Total Traffic Stops | % of Total Stops | % of Region 1 Population |
| African | 69,149 | 14.50% | 14.91% |
| Asian | 6,252 | 1.31% | 5.53% |
| Caucasian | 305,357 | 64.01% | 51.29% |
| Hispanic | 91,291 | 19.14% | 26.21% |
| Middle Eastern | 4,648 | 0.97% | -- |
| Native American | 326 | 0.07% | 0.42% |
| Other | 0 | 0.00% | 1.64% |
| TOTAL | 477,023 | 100.00% | 100.00% |

| CONSENT VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Consent Searches | % of Consent Searches | % of Region 1 Population |
| African | 335 | 15.88% | 14.91% |
| Asian | 20 | 0.95% | 5.53% |
| Caucasian | 1,201 | 56.92% | 51.29% |
| Hispanic | 541 | 25.64% | 26.21% |
| Middle Eastern | 13 | 0.62% | -- |
| Native American | 0 | 0.00% | 0.42% |
| Other | 0 | 0.00% | 1.64% |
| TOTAL | 2,110 | 100.00% | 100.00% |

| CITATION STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Citations Traffic Stops | % of Citation Stops | % of Region 1 Population |
| African | 27,852 | 17.22% | 14.91% |
| Asian | 2,476 | 1.53% | 5.53% |
| Caucasian | 93,565 | 57.85% | 51.29% |
| Hispanic | 36,057 | 22.29% | 26.21% |
| Middle Eastern | 1,644 | 1.02% | -- |
| Native American | 136 | 0.08% | 0.42% |
| Other | 0 | 0.00% | 1.64% |
| TOTAL | 161,730 | 100.00% | 100.00% |

| PROBABLE CAUSE VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Probable Cause Searches | % of Probable Cause Searches | % of Region 1 Population |
| African | 1,344 | 31.83% | 14.91% |
| Asian | 25 | 0.59% | 5.53% |
| Caucasian | 2,088 | 49.44% | 51.29% |
| Hispanic | 749 | 17.74% | 26.21% |
| Middle Eastern | 13 | 0.31% | -- |
| Native American | 4 | 0.09% | 0.42% |
| Other | 0 | 0.00% | 1.64% |
| TOTAL | 4,223 | 100.00% | 100.00% |

| WARNING STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Warning Traffic Stops | % of Warning Stops | % of Region 1 Population |
| African | 41,297 | 13.10% | 14.91% |
| Asian | 3,776 | 1.20% | 5.53% |
| Caucasian | 211,792 | 67.17% | 51.29% |
| Hispanic | 55,234 | 17.52% | 26.21% |
| Middle Eastern | 3,004 | 0.95% | -- |
| Native American | 190 | 0.06% | 0.42% |
| Other | 0 | 0.00% | 1.64% |
| TOTAL | 315,293 | 100.00% | 100.00% |

| ALL OTHER VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | All Other Searches | % of All Other Searches | % of Region 1 Population |
| African | 305 | 18.42% | 14.91% |
| Asian | 15 | 0.91% | 5.53% |
| Caucasian | 984 | 59.42% | 51.29% |
| Hispanic | 346 | 20.89% | 26.21% |
| Middle Eastern | 4 | 0.24% | -- |
| Native American | 2 | 0.12% | 0.42% |
| Other | 0 | 0.00% | 1.64% |
| TOTAL | 1,656 | 100.00% | 100.00% |

| TRAFFIC STOPS – PRIOR KNOWLEDGE | |
|---|---|
| Race/Ethnicity Known Prior to Stop | |
| Yes | 4,592 |
| No | 472,431 |

DPS Traffic Stop Data as of 02/06/2017.

Race/Ethnicity categories were aligned with Texas Code of Criminal Procedure Article 2.132 in November 2015, including the addition of Middle Eastern.

Asian includes Pacific Islander; African includes Black and African American.

Other includes Other and Unknown Race/Ethnicity, which are no longer options as of November 2015.

All Other Vehicle Searches include: Crash, Incident to Arrest, Inventory, and Search Warrant.



# 2016 Traffic Stop Data Report
## Region 1 – Dallas

The following chart demonstrates the race/ethnicity population estimates for Region 1 as determined by the official 2015 Population Estimate published by the United States Census Bureau.

| REGION 1 - 2015 POPULATION ESTIMATE | | |
|---|---|---|
| Race/Ethnicity | Total Persons | Percentage |
| African | 1,275,333 | 14.91% |
| Asian | 473,006 | 5.53% |
| Caucasian | 4,386,152 | 51.29% |
| Hispanic | 2,241,598 | 26.21% |
| Middle Eastern | -- | -- |
| Native American | 35,802 | 0.42% |
| Other* | 140,263 | 1.64% |
| TOTAL | 8,552,154 | 100.00% |





# 2016 Traffic Stop Data Report
## Region 1 – Dallas

| TOTAL VEHICLE SEARCHES | | |
|---|---|---|
| Race/Ethnicity | Total | Percentage |
| African | 1,984 | 24.83% |
| Asian | 60 | 0.75% |
| Caucasian | 4,273 | 53.49% |
| Hispanic | 1,636 | 20.48% |
| Middle Eastern | 30 | 0.38% |
| Native American | 6 | 0.08% |
| Total | 7,989 | 100.00% |



| NON-TRAFFIC CRIMINAL ARRESTS WITH VEHICLE SEARCH CONDUCTED | | | |
|---|---|---|---|
| Race/Ethnicity | Drug Arrests with Search Conducted | Other Criminal Arrests with Search Conducted | Total Criminal Arrests with Search Conducted |
| African | 870 | 170 | 1,040 |
| Asian | 21 | 7 | 28 |
| Caucasian | 1,918 | 335 | 2,253 |
| Hispanic | 505 | 101 | 606 |
| Middle Eastern | 5 | 4 | 9 |
| Native American | 3 | 1 | 4 |
| TOTAL | 3,322 | 618 | 3,940 |

A non-traffic criminal offense is a criminal offense that is not classified as a traffic offense. These criminal offenses include violations that may range from minor in possession of an alcoholic beverage to murder.

| VEHICLE SEARCHES BY DRIVER LICENSE STATE | | | | |
|---|---|---|---|---|
| Race/Ethnicity | Texas | Out Of State | Other | Total |
| African | 1,601 | 376 | 7 | 1,984 |
| Asian | 44 | 16 | 0 | 60 |
| Caucasian | 3,646 | 614 | 13 | 4,273 |
| Hispanic | 1,377 | 135 | 124 | 1,636 |
| Middle Eastern | 17 | 11 | 2 | 30 |
| Native American | 4 | 2 | 0 | 6 |
| TOTAL | 6,689 | 1,154 | 146 | 7,989 |



# 2016 Traffic Stop Data Report
## Region 2 – Houston

Based upon available data from January 1 through December 31, 2016, DPS Troopers made traffic stops, issued citations, warnings, and/or conducted searches of vehicles as follows:

| TOTAL STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Total Traffic Stops | % of Total Stops | % of Region 2 Population |
| African | 82,491 | 19.11% | 16.93% |
| Asian | 9,154 | 2.12% | 6.76% |
| Caucasian | 220,081 | 50.97% | 41.05% |
| Hispanic | 112,993 | 26.17% | 33.65% |
| Middle Eastern | 6,679 | 1.55% | -- |
| Native American | 358 | 0.08% | 0.26% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 431,756 | 100.00% | 100.00% |

| CONSENT VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Consent Searches | % of Consent Searches | % of Region 2 Population |
| African | 398 | 22.46% | 16.93% |
| Asian | 15 | 0.85% | 6.76% |
| Caucasian | 867 | 48.93% | 41.05% |
| Hispanic | 477 | 26.92% | 33.65% |
| Middle Eastern | 13 | 0.73% | -- |
| Native American | 2 | 0.11% | 0.26% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 1,772 | 100.00% | 100.00% |

| CITATION STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Citations Traffic Stops | % of Citation Stops | % of Region 2 Population |
| African | 34,127 | 20.13% | 16.93% |
| Asian | 3,436 | 2.03% | 6.76% |
| Caucasian | 74,990 | 44.23% | 41.05% |
| Hispanic | 54,147 | 31.94% | 33.65% |
| Middle Eastern | 2,704 | 1.59% | -- |
| Native American | 135 | 0.08% | 0.26% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 169,539 | 100.00% | 100.00% |

| PROBABLE CAUSE VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Probable Cause Searches | % of Probable Cause Searches | % of Region 2 Population |
| African | 1,313 | 31.17% | 16.93% |
| Asian | 32 | 0.76% | 6.76% |
| Caucasian | 1,810 | 42.97% | 41.05% |
| Hispanic | 1,035 | 24.57% | 33.65% |
| Middle Eastern | 21 | 0.50% | -- |
| Native American | 1 | 0.02% | 0.26% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 4,212 | 100.00% | 100.00% |

| WARNING STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Warning Traffic Stops | % of Warning Stops | % of Region 2 Population |
| African | 48,364 | 18.44% | 16.93% |
| Asian | 5,718 | 2.18% | 6.76% |
| Caucasian | 145,091 | 55.33% | 41.05% |
| Hispanic | 58,846 | 22.44% | 33.65% |
| Middle Eastern | 3,975 | 1.52% | -- |
| Native American | 223 | 0.09% | 0.26% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 262,217 | 100.00% | 100.00% |

| ALL OTHER VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | All Other Searches | % of All Other Searches | % of Region 2 Population |
| African | 279 | 18.53% | 16.93% |
| Asian | 6 | 0.40% | 6.76% |
| Caucasian | 759 | 50.40% | 41.05% |
| Hispanic | 456 | 30.28% | 33.65% |
| Middle Eastern | 6 | 0.40% | -- |
| Native American | 0 | 0.00% | 0.26% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 1,506 | 100.00% | 100.00% |

| TRAFFIC STOPS – PRIOR KNOWLEDGE | |
|---|---|
| Race/Ethnicity Known Prior to Stop | |
| Yes | 1,282 |
| No | 430,474 |

DPS Traffic Stop Data as of 02/06/2017.

Race/Ethnicity categories were aligned with Texas Code of Criminal Procedure Article 2.132 in November 2015, including the addition of Middle Eastern.

Asian includes Pacific Islander; African includes Black and African American.

Other includes Other and Unknown Race/Ethnicity, which are no longer options as of November 2015.

All Other Vehicle Searches include: Crash, Incident to Arrest, Inventory, and Search Warrant.



# 2016 Traffic Stop Data Report
## Region 2 – Houston

The following chart demonstrates the race/ethnicity population estimates for Region 2 as determined by the official 2015 Population Estimate published by the United States Census Bureau.

| REGION 2 - 2015 POPULATION ESTIMATE | | |
|---|---|---|
| Race/Ethnicity | Total Persons | Percentage |
| African | 1,344,872 | 16.93% |
| Asian | 537,294 | 6.76% |
| Caucasian | 3,261,430 | 41.05% |
| Hispanic | 2,673,590 | 33.65% |
| Middle Eastern | -- | -- |
| Native American | 20,951 | 0.26% |
| Other* | 106,225 | 1.34% |
| TOTAL | 7,944,362 | 100.00% |





# 2016 Traffic Stop Data Report
## Region 2 – Houston

| TOTAL VEHICLE SEARCHES | | |
|---|---|---|
| Race/Ethnicity | Total | Percentage |
| African | 1,990 | 26.57% |
| Asian | 53 | 0.71% |
| Caucasian | 3,436 | 45.87% |
| Hispanic | 1,968 | 26.28% |
| Middle Eastern | 40 | 0.53% |
| Native American | 3 | 0.04% |
| Total | 7,490 | 100.00% |



| NON-TRAFFIC CRIMINAL ARRESTS WITH VEHICLE SEARCH CONDUCTED | | | |
|---|---|---|---|
| Race/Ethnicity | Drug Arrests with Search Conducted | Other Criminal Arrests with Search Conducted | Total Criminal Arrests with Search Conducted |
| African | 901 | 168 | 1,069 |
| Asian | 28 | 2 | 30 |
| Caucasian | 1,618 | 325 | 1,943 |
| Hispanic | 713 | 164 | 877 |
| Middle Eastern | 20 | 5 | 25 |
| Native American | 1 | 0 | 1 |
| TOTAL | 3,281 | 664 | 3,945 |

A non-traffic criminal offense is a criminal offense that is not classified as a traffic offense. These criminal offenses include violations that may range from minor in possession of an alcoholic beverage to murder.

| VEHICLE SEARCHES BY DRIVER LICENSE STATE | | | | |
|---|---|---|---|---|
| Race/Ethnicity | Texas | Out Of State | Other | Total |
| African | 1,755 | 228 | 7 | 1,990 |
| Asian | 51 | 2 | 0 | 53 |
| Caucasian | 3,184 | 237 | 15 | 3,436 |
| Hispanic | 1,806 | 86 | 76 | 1,968 |
| Middle Eastern | 34 | 5 | 1 | 40 |
| Native American | 2 | 1 | 0 | 3 |
| TOTAL | 6,832 | 559 | 99 | 7,490 |



# 2016 Traffic Stop Data Report
## Region 3 – McAllen

Based upon available data from January 1 through December 31, 2016, DPS Troopers made traffic stops, issued citations, warnings, and/or conducted searches of vehicles as follows:

| TOTAL STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Total Traffic Stops | % of Total Stops | % of Region 3 Population |
| African | 8,004 | 1.81% | 1.17% |
| Asian | 1,617 | 0.36% | 1.00% |
| Caucasian | 52,950 | 11.95% | 13.72% |
| Hispanic | 378,601 | 85.42% | 83.62% |
| Middle Eastern | 1,781 | 0.40% | -- |
| Native American | 261 | 0.06% | 0.16% |
| Other | 0 | 0.00% | 0.34% |
| TOTAL | 443,214 | 100.00% | 100.00% |

| CONSENT VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Consent Searches | % of Consent Searches | % of Region 3 Population |
| African | 28 | 1.24% | 1.17% |
| Asian | 3 | 0.13% | 1.00% |
| Caucasian | 214 | 9.45% | 13.72% |
| Hispanic | 2,012 | 88.87% | 83.62% |
| Middle Eastern | 3 | 0.13% | -- |
| Native American | 4 | 0.18% | 0.16% |
| Other | 0 | 0.00% | 0.34% |
| TOTAL | 2,264 | 100.00% | 100.00% |

| CITATION STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Citations Traffic Stops | % of Citation Stops | % of Region 3 Population |
| African | 2,428 | 1.82% | 1.17% |
| Asian | 478 | 0.36% | 1.00% |
| Caucasian | 13,819 | 10.34% | 13.72% |
| Hispanic | 116,273 | 87.03% | 83.62% |
| Middle Eastern | 501 | 0.37% | -- |
| Native American | 108 | 0.08% | 0.16% |
| Other | 0 | 0.00% | 0.34% |
| TOTAL | 133,607 | 100.00% | 100.00% |

| PROBABLE CAUSE VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Probable Cause Searches | % of Probable Cause Searches | % of Region 3 Population |
| African | 83 | 7.21% | 1.17% |
| Asian | 7 | 0.61% | 1.00% |
| Caucasian | 206 | 17.90% | 13.72% |
| Hispanic | 851 | 73.94% | 83.62% |
| Middle Eastern | 1 | 0.09% | -- |
| Native American | 3 | 0.26% | 0.16% |
| Other | 0 | 0.00% | 0.34% |
| TOTAL | 1,151 | 100.00% | 100.00% |

| WARNING STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Warning Traffic Stops | % of Warning Stops | % of Region 3 Population |
| African | 5,576 | 1.80% | 1.17% |
| Asian | 1,139 | 0.37% | 1.00% |
| Caucasian | 39,131 | 12.64% | 13.72% |
| Hispanic | 262,328 | 84.73% | 83.62% |
| Middle Eastern | 1,280 | 0.41% | -- |
| Native American | 153 | 0.05% | 0.16% |
| Other | 0 | 0.00% | 0.34% |
| TOTAL | 309,607 | 100.00% | 100.00% |

| ALL OTHER VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | All Other Searches | % of All Other Searches | % of Region 3 Population |
| African | 23 | 2.52% | 1.17% |
| Asian | 0 | 0.00% | 1.00% |
| Caucasian | 125 | 13.69% | 13.72% |
| Hispanic | 761 | 83.35% | 83.62% |
| Middle Eastern | 2 | 0.22% | -- |
| Native American | 2 | 0.22% | 0.16% |
| Other | 0 | 0.00% | 0.34% |
| TOTAL | 913 | 100.00% | 100.00% |

| TRAFFIC STOPS – PRIOR KNOWLEDGE | |
|---|---|
| Race/Ethnicity Known Prior to Stop | |
| Yes | 49,370 |
| No | 393,844 |

DPS Traffic Stop Data as of 02/06/2017.

Race/Ethnicity categories were aligned with Texas Code of Criminal Procedure Article 2.132 in November 2015, including the addition of Middle Eastern.

Asian includes Pacific Islander; African includes Black and African American.

Other includes Other and Unknown Race/Ethnicity, which are no longer options as of November 2015.

All Other Vehicle Searches include: Crash, Incident to Arrest, Inventory, and Search Warrant.



# 2016 Traffic Stop Data Report
## Region 3 – McAllen

The following chart demonstrates the race/ethnicity population estimates for Region 3 as determined by the official 2015 Population Estimate published by the United States Census Bureau.

| REGION 3 - 2015 POPULATION ESTIMATE | | |
|---|---|---|
| Race/Ethnicity | Total Persons | Percentage |
| African | 28,188 | 1.17% |
| Asian | 24,041 | 1.00% |
| Caucasian | 330,641 | 13.72% |
| Hispanic | 2,015,178 | 83.62% |
| Middle Eastern | -- | -- |
| Native American | 3,755 | 0.16% |
| Other* | 8,263 | 0.34% |
| TOTAL | 2,410,066 | 100.00% |





# 2016 Traffic Stop Data Report
## Region 3 – McAllen

| TOTAL VEHICLE SEARCHES | | |
|---|---|---|
| Race/Ethnicity | Total | Percentage |
| African | 134 | 3.10% |
| Asian | 10 | 0.23% |
| Caucasian | 545 | 12.59% |
| Hispanic | 3,624 | 83.73% |
| Middle Eastern | 6 | 0.14% |
| Native American | 9 | 0.21% |
| Total | 4,328 | 100.00% |



| NON-TRAFFIC CRIMINAL ARRESTS WITH VEHICLE SEARCH CONDUCTED | | | |
|---|---|---|---|
| Race/Ethnicity | Drug Arrests with Search Conducted | Other Criminal Arrests with Search Conducted | Total Criminal Arrests with Search Conducted |
| African | 52 | 12 | 64 |
| Asian | 8 | 0 | 8 |
| Caucasian | 189 | 48 | 237 |
| Hispanic | 714 | 254 | 968 |
| Middle Eastern | 1 | 0 | 1 |
| Native American | 5 | 1 | 6 |
| TOTAL | 969 | 315 | 1,284 |

A non-traffic criminal offense is a criminal offense that is not classified as a traffic offense. These criminal offenses include violations that may range from minor in possession of an alcoholic beverage to murder.

| VEHICLE SEARCHES BY DRIVER LICENSE STATE | | | | |
|---|---|---|---|---|
| Race/Ethnicity | Texas | Out Of State | Other | Total |
| African | 108 | 24 | 2 | 134 |
| Asian | 8 | 2 | 0 | 10 |
| Caucasian | 456 | 81 | 8 | 545 |
| Hispanic | 3,157 | 135 | 332 | 3,624 |
| Middle Eastern | 5 | 1 | 0 | 6 |
| Native American | 6 | 1 | 2 | 9 |
| TOTAL | 3,740 | 244 | 344 | 4,328 |



# 2016 Traffic Stop Data Report
## Region 4 – El Paso

Based upon available data from January 1 through December 31, 2016, DPS Troopers made traffic stops, issued citations, warnings, and/or conducted searches of vehicles as follows:

| TOTAL STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Total Traffic Stops | % of Total Stops | % of Region 4 Population |
| African | 15,951 | 5.24% | 3.63% |
| Asian | 3,757 | 1.23% | 1.23% |
| Caucasian | 90,269 | 29.67% | 26.80% |
| Hispanic | 191,941 | 63.08% | 67.09% |
| Middle Eastern | 2,110 | 0.69% | -- |
| Native American | 237 | 0.08% | 0.36% |
| Other | 0 | 0.00% | 0.89% |
| TOTAL | 304,265 | 100.00% | 100.00% |

| CONSENT VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Consent Searches | % of Consent Searches | % of Region 4 Population |
| African | 156 | 9.23% | 3.63% |
| Asian | 16 | 0.95% | 1.23% |
| Caucasian | 354 | 20.93% | 26.80% |
| Hispanic | 1,154 | 68.24% | 67.09% |
| Middle Eastern | 11 | 0.65% | -- |
| Native American | 0 | 0.00% | 0.36% |
| Other | 0 | 0.00% | 0.89% |
| TOTAL | 1,691 | 100.00% | 100.00% |

| CITATION STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Citations Traffic Stops | % of Citation Stops | % of Region 4 Population |
| African | 5,416 | 6.24% | 3.63% |
| Asian | 1,156 | 1.33% | 1.23% |
| Caucasian | 25,716 | 29.65% | 26.80% |
| Hispanic | 53,797 | 62.02% | 67.09% |
| Middle Eastern | 567 | 0.65% | -- |
| Native American | 86 | 0.10% | 0.36% |
| Other | 0 | 0.00% | 0.89% |
| TOTAL | 86,738 | 100.00% | 100.00% |

| PROBABLE CAUSE VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Probable Cause Searches | % of Probable Cause Searches | % of Region 4 Population |
| African | 244 | 15.10% | 3.63% |
| Asian | 6 | 0.37% | 1.23% |
| Caucasian | 454 | 28.09% | 26.80% |
| Hispanic | 898 | 55.57% | 67.09% |
| Middle Eastern | 11 | 0.68% | -- |
| Native American | 3 | 0.19% | 0.36% |
| Other | 0 | 0.00% | 0.89% |
| TOTAL | 1,616 | 100.00% | 100.00% |

| WARNING STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Warning Traffic Stops | % of Warning Stops | % of Region 4 Population |
| African | 10,535 | 4.84% | 3.63% |
| Asian | 2,601 | 1.20% | 1.23% |
| Caucasian | 64,553 | 29.68% | 26.80% |
| Hispanic | 138,144 | 63.51% | 67.09% |
| Middle Eastern | 1,543 | 0.71% | -- |
| Native American | 151 | 0.07% | 0.36% |
| Other | 0 | 0.00% | 0.89% |
| TOTAL | 217,527 | 100.00% | 100.00% |

| ALL OTHER VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | All Other Searches | % of All Other Searches | % of Region 4 Population |
| African | 17 | 4.61% | 3.63% |
| Asian | 0 | 0.00% | 1.23% |
| Caucasian | 127 | 34.42% | 26.80% |
| Hispanic | 220 | 59.62% | 67.09% |
| Middle Eastern | 2 | 0.54% | -- |
| Native American | 3 | 0.81% | 0.36% |
| Other | 0 | 0.00% | 0.89% |
| TOTAL | 369 | 100.00% | 100.00% |

| TRAFFIC STOPS – PRIOR KNOWLEDGE | |
|---|---|
| Race/Ethnicity Known Prior to Stop | |
| Yes | 29 |
| No | 304,236 |

DPS Traffic Stop Data as of 02/06/2017.

Race/Ethnicity categories were aligned with Texas Code of Criminal Procedure Article 2.132 in November 2015, including the addition of Middle Eastern.

Asian includes Pacific Islander; African includes Black and African American.

Other includes Other and Unknown Race/Ethnicity, which are no longer options as of November 2015.

All Other Vehicle Searches include: Crash, Incident to Arrest, Inventory, and Search Warrant.



# 2016 Traffic Stop Data Report
## Region 4 – El Paso

The following chart demonstrates the race/ethnicity population estimates for Region 4 as determined by the official 2015 Population Estimate published by the United States Census Bureau.

| REGION 4 - 2015 POPULATION ESTIMATE | | |
|---|---|---|
| Race/Ethnicity | Total Persons | Percentage |
| African | 54,331 | 3.63% |
| Asian | 18,436 | 1.23% |
| Caucasian | 401,651 | 26.80% |
| Hispanic | 1,005,419 | 67.09% |
| Middle Eastern | -- | -- |
| Native American | 5,447 | 0.36% |
| Other* | 13,290 | 0.89% |
| TOTAL | 1,498,574 | 100.00% |





# 2016 Traffic Stop Data Report
## Region 4 – El Paso

| TOTAL VEHICLE SEARCHES | | |
|---|---|---|
| Race/Ethnicity | Total | Percentage |
| African | 417 | 11.34% |
| Asian | 22 | 0.60% |
| Caucasian | 935 | 25.44% |
| Hispanic | 2,272 | 61.81% |
| Middle Eastern | 24 | 0.65% |
| Native American | 6 | 0.16% |
| Total | 3,676 | 100.00% |



| NON-TRAFFIC CRIMINAL ARRESTS WITH VEHICLE SEARCH CONDUCTED | | | |
|---|---|---|---|
| Race/Ethnicity | Drug Arrests with Search Conducted | Other Criminal Arrests with Search Conducted | Total Criminal Arrests with Search Conducted |
| African | 171 | 21 | 192 |
| Asian | 8 | 0 | 8 |
| Caucasian | 451 | 33 | 484 |
| Hispanic | 753 | 133 | 886 |
| Middle Eastern | 9 | 2 | 11 |
| Native American | 3 | 2 | 5 |
| TOTAL | 1,395 | 191 | 1,586 |

A non-traffic criminal offense is a criminal offense that is not classified as a traffic offense. These criminal offenses include violations that may range from minor in possession of an alcoholic beverage to murder.

| VEHICLE SEARCHES BY DRIVER LICENSE STATE | | | | |
|---|---|---|---|---|
| Race/Ethnicity | Texas | Out Of State | Other | Total |
| African | 246 | 169 | 2 | 417 |
| Asian | 15 | 7 | 0 | 22 |
| Caucasian | 642 | 287 | 6 | 935 |
| Hispanic | 1,800 | 353 | 119 | 2,272 |
| Middle Eastern | 9 | 13 | 2 | 24 |
| Native American | 2 | 4 | 0 | 6 |
| TOTAL | 2,714 | 833 | 129 | 3,676 |



# 2016 Traffic Stop Data Report
## Region 5 – Lubbock

Based upon available data from January 1 through December 31, 2016, DPS Troopers made traffic stops, issued citations, warnings, and/or conducted searches of vehicles as follows:

| TOTAL STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Total Traffic Stops | % of Total Stops | % of Region 5 Population |
| African | 18,416 | 6.76% | 5.71% |
| Asian | 4,486 | 1.65% | 1.83% |
| Caucasian | 167,385 | 61.45% | 59.38% |
| Hispanic | 79,090 | 29.04% | 31.22% |
| Middle Eastern | 2,504 | 0.92% | -- |
| Native American | 507 | 0.19% | 0.52% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 272,388 | 100.00% | 100.00% |

| CONSENT VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Consent Searches | % of Consent Searches | % of Region 5 Population |
| African | 259 | 13.60% | 5.71% |
| Asian | 31 | 1.63% | 1.83% |
| Caucasian | 775 | 40.70% | 59.38% |
| Hispanic | 817 | 42.91% | 31.22% |
| Middle Eastern | 16 | 0.84% | -- |
| Native American | 6 | 0.32% | 0.52% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 1,904 | 100.00% | 100.00% |

| CITATION STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Citations Traffic Stops | % of Citation Stops | % of Region 5 Population |
| African | 6,994 | 8.75% | 5.71% |
| Asian | 1,510 | 1.89% | 1.83% |
| Caucasian | 41,501 | 51.91% | 59.38% |
| Hispanic | 28,869 | 36.11% | 31.22% |
| Middle Eastern | 915 | 1.14% | -- |
| Native American | 163 | 0.20% | 0.52% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 79,952 | 100.00% | 100.00% |

| PROBABLE CAUSE VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | Probable Cause Searches | % of Probable Cause Searches | % of Region 5 Population |
| African | 562 | 16.84% | 5.71% |
| Asian | 37 | 1.11% | 1.83% |
| Caucasian | 1,628 | 48.79% | 59.38% |
| Hispanic | 1,084 | 32.48% | 31.22% |
| Middle Eastern | 15 | 0.45% | -- |
| Native American | 11 | 0.33% | 0.52% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 3,337 | 100.00% | 100.00% |

| WARNING STOPS | | | |
|---|---|---|---|
| Race/Ethnicity | DPS Warning Traffic Stops | % of Warning Stops | % of Region 5 Population |
| African | 11,422 | 5.94% | 5.71% |
| Asian | 2,976 | 1.55% | 1.83% |
| Caucasian | 125,884 | 65.42% | 59.38% |
| Hispanic | 50,221 | 26.10% | 31.22% |
| Middle Eastern | 1,589 | 0.83% | -- |
| Native American | 344 | 0.18% | 0.52% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 192,436 | 100.00% | 100.00% |

| ALL OTHER VEHICLE SEARCHES | | | |
|---|---|---|---|
| Race/Ethnicity | All Other Searches | % of All Other Searches | % of Region 5 Population |
| African | 73 | 9.37% | 5.71% |
| Asian | 9 | 1.16% | 1.83% |
| Caucasian | 345 | 44.29% | 59.38% |
| Hispanic | 348 | 44.67% | 31.22% |
| Middle Eastern | 3 | 0.39% | -- |
| Native American | 1 | 0.13% | 0.52% |
| Other | 0 | 0.00% | 1.34% |
| TOTAL | 779 | 100.00% | 100.00% |

| TRAFFIC STOPS – PRIOR KNOWLEDGE | |
|---|---|
| Race/Ethnicity Known Prior to Stop | |
| Yes | 82 |
| No | 272,306 |

DPS Traffic Stop Data as of 02/06/2017.

Race/Ethnicity categories were aligned with Texas Code of Criminal Procedure Article 2.132 in November 2015, including the addition of Middle Eastern.

Asian includes Pacific Islander; African includes Black and African American.

Other includes Other and Unknown Race/Ethnicity, which are no longer options as of November 2015.

All Other Vehicle Searches include: Crash, Incident to Arrest, Inventory, and Search Warrant.



# 2016 Traffic Stop Data Report
## Region 5 – Lubbock

The following chart demonstrates the race/ethnicity population estimates for Region 5 as determined by the official 2015 Population Estimate published by the United States Census Bureau.

| REGION 5 - 2015 POPULATION ESTIMATE | | |
|---|---|---|
| Race/Ethnicity | Total Persons | Percentage |
| African | 81,019 | 5.71% |
| Asian | 25,933 | 1.83% |
| Caucasian | 842,253 | 59.38% |
| Hispanic | 442,808 | 31.22% |
| Middle Eastern | -- | -- |
| Native American | 7,361 | 0.52% |
| Other* | 18,967 | 1.34% |
| TOTAL | 1,418,341 | 100.00% |





# 2016 Traffic Stop Data Report
## Region 5 – Lubbock

| TOTAL VEHICLE SEARCHES | | |
|---|---|---|
| Race/Ethnicity | Total | Percentage |
| African | 894 | 14.85% |
| Asian | 77 | 1.28% |
| Caucasian | 2,748 | 45.65% |
| Hispanic | 2,249 | 37.36% |
| Middle Eastern | 34 | 0.56% |
| Native American | 18 | 0.30% |
| Total | 6,020 | 100.00% |



| NON-TRAFFIC CRIMINAL ARRESTS WITH VEHICLE SEARCH CONDUCTED | | | |
|---|---|---|---|
| Race/Ethnicity | Drug Arrests with Search Conducted | Other Criminal Arrests with Search Conducted | Total Criminal Arrests with Search Conducted |
| African | 460 | 59 | 519 |
| Asian | 29 | 7 | 36 |
| Caucasian | 1,561 | 158 | 1,719 |
| Hispanic | 890 | 172 | 1,062 |
| Middle Eastern | 12 | 2 | 14 |
| Native American | 9 | 2 | 11 |
| TOTAL | 2,961 | 400 | 3,361 |

A non-traffic criminal offense is a criminal offense that is not classified as a traffic offense. These criminal offenses include violations that may range from minor in possession of an alcoholic beverage to murder.

| VEHICLE SEARCHES BY DRIVER LICENSE STATE | | | | |
|---|---|---|---|---|
| Race/Ethnicity | Texas | Out Of State | Other | Total |
| African | 562 | 331 | 1 | 894 |
| Asian | 33 | 42 | 2 | 77 |
| Caucasian | 1,732 | 1,003 | 13 | 2,748 |
| Hispanic | 1,672 | 455 | 122 | 2,249 |
| Middle Eastern | 20 | 12 | 2 | 34 |
| Native American | 0 | 18 | 0 | 18 |
| TOTAL | 4,019 | 1,861 | 140 | 6,020 |



# 2016 Traffic Stop Data Report
## Region 6 – San Antonio

Based upon available data from January 1 through December 31, 2016, DPS Troopers made traffic stops, issued citations, warnings, and/or conducted searches of vehicles as follows:

| TOTAL STOPS | | | | CONSENT VEHICLE SEARCHES | | | |
|---|---|---|---|---|---|---|---|
| Race/Ethnicity | DPS Total Traffic Stops | % of Total Stops | % of Region 6 Population | Race/Ethnicity | Consent Searches | % of Consent Searches | % of Region 6 Population |
| African | 32,105 | 10.15% | 7.95% | African | 231 | 12.88% | 7.95% |
| Asian | 5,270 | 1.67% | 3.47% | Asian | 12 | 0.67% | 3.47% |
| Caucasian | 155,138 | 49.06% | 46.05% | Caucasian | 618 | 34.45% | 46.05% |
| Hispanic | 120,440 | 38.09% | 40.59% | Hispanic | 924 | 51.51% | 40.59% |
| Middle Eastern | 3,014 | 0.95% | -- | Middle Eastern | 7 | 0.39% | -- |
| Native American | 243 | 0.08% | 0.30% | Native American | 2 | 0.11% | 0.30% |
| Other | 0 | 0.00% | 1.63% | Other | 0 | 0.00% | 1.63% |
| TOTAL | 316,210 | 100.00% | 100.00% | TOTAL | 1,794 | 100.00% | 100.00% |

| CITATION STOPS | | | | PROBABLE CAUSE VEHICLE SEARCHES | | | |
|---|---|---|---|---|---|---|---|
| Race/Ethnicity | DPS Citations Traffic Stops | % of Citation Stops | % of Region 6 Population | Race/Ethnicity | Probable Cause Searches | % of Probable Cause Searches | % of Region 6 Population |
| African | 13,500 | 11.11% | 7.95% | African | 756 | 25.07% | 7.95% |
| Asian | 2,233 | 1.84% | 3.47% | Asian | 25 | 0.83% | 3.47% |
| Caucasian | 53,407 | 43.97% | 46.05% | Caucasian | 1,100 | 36.47% | 46.05% |
| Hispanic | 50,980 | 41.97% | 40.59% | Hispanic | 1,123 | 37.23% | 40.59% |
| Middle Eastern | 1,250 | 1.03% | -- | Middle Eastern | 12 | 0.40% | -- |
| Native American | 102 | 0.08% | 0.30% | Native American | 0 | 0.00% | 0.30% |
| Other | 0 | 0.00% | 1.63% | Other | 0 | 0.00% | 1.63% |
| TOTAL | 121,472 | 100.00% | 100.00% | TOTAL | 3,016 | 100.00% | 100.00% |

| WARNING STOPS | | | | ALL OTHER VEHICLE SEARCHES | | | |
|---|---|---|---|---|---|---|---|
| Race/Ethnicity | DPS Warning Traffic Stops | % of Warning Stops | % of Region 6 Population | Race/Ethnicity | All Other Searches | % of All Other Searches | % of Region 6 Population |
| African | 18,605 | 9.55% | 7.95% | African | 148 | 8.61% | 7.95% |
| Asian | 3,037 | 1.56% | 3.47% | Asian | 2 | 0.12% | 3.47% |
| Caucasian | 101,731 | 52.24% | 46.05% | Caucasian | 769 | 44.74% | 46.05% |
| Hispanic | 69,460 | 35.67% | 40.59% | Hispanic | 797 | 46.36% | 40.59% |
| Middle Eastern | 1,764 | 0.91% | -- | Middle Eastern | 2 | 0.12% | -- |
| Native American | 141 | 0.07% | 0.30% | Native American | 1 | 0.06% | 0.30% |
| Other | 0 | 0.00% | 1.63% | Other | 0 | 0.00% | 1.63% |
| TOTAL | 194,738 | 100.00% | 100.00% | TOTAL | 1,719 | 100.00% | 100.00% |

| TRAFFIC STOPS – PRIOR KNOWLEDGE | |
|---|---|
| Race/Ethnicity Known Prior to Stop | |
| Yes | 2,751 |
| No | 313,459 |

DPS Traffic Stop Data as of 02/06/2017.

Race/Ethnicity categories were aligned with Texas Code of Criminal Procedure Article 2.132 in November 2015, including the addition of Middle Eastern.

Asian includes Pacific Islander; African includes Black and African American.

Other includes Other and Unknown Race/Ethnicity, which are no longer options as of November 2015.

All Other Vehicle Searches include: Crash, Incident to Arrest, Inventory, and Search Warrant.



# 2016 Traffic Stop Data Report
## Region 6 – San Antonio

The following chart demonstrates the race/ethnicity population estimates for Region 6 as determined by the official 2015 Population Estimate published by the United States Census Bureau.

| REGION 6 - 2015 POPULATION ESTIMATE | | |
|---|---|---|
| Race/Ethnicity | Total Persons | Percentage |
| African | 449,008 | 7.95% |
| Asian | 195,860 | 3.47% |
| Caucasian | 2,599,824 | 46.05% |
| Hispanic | 2,291,508 | 40.59% |
| Middle Eastern | -- | -- |
| Native American | 17,153 | 0.30% |
| Other* | 92,264 | 1.63% |
| TOTAL | 5,645,617 | 100.00% |





# 2016 Traffic Stop Data Report
## Region 6 – San Antonio

| TOTAL VEHICLE SEARCHES | | |
|---|---|---|
| Race/Ethnicity | Total | Percentage |
| African | 1,135 | 17.38% |
| Asian | 39 | 0.60% |
| Caucasian | 2,487 | 38.09% |
| Hispanic | 2,844 | 43.56% |
| Middle Eastern | 21 | 0.32% |
| Native American | 3 | 0.05% |
| Total | 6,529 | 100.00% |



| NON-TRAFFIC CRIMINAL ARRESTS WITH VEHICLE SEARCH CONDUCTED | | | |
|---|---|---|---|
| Race/Ethnicity | Drug Arrests with Search Conducted | Other Criminal Arrests with Search Conducted | Total Criminal Arrests with Search Conducted |
| African | 523 | 119 | 642 |
| Asian | 22 | 1 | 23 |
| Caucasian | 1,038 | 206 | 1,244 |
| Hispanic | 910 | 234 | 1,144 |
| Middle Eastern | 7 | 2 | 9 |
| Native American | 1 | 1 | 2 |
| TOTAL | 2,501 | 563 | 3,064 |

A non-traffic criminal offense is a criminal offense that is not classified as a traffic offense. These criminal offenses include violations that may range from minor in possession of an alcoholic beverage to murder.

| VEHICLE SEARCHES BY DRIVER LICENSE STATE | | | | |
|---|---|---|---|---|
| Race/Ethnicity | Texas | Out Of State | Other | Total |
| African | 1,039 | 90 | 6 | 1,135 |
| Asian | 33 | 6 | 0 | 39 |
| Caucasian | 2,293 | 183 | 11 | 2,487 |
| Hispanic | 2,548 | 98 | 198 | 2,844 |
| Middle Eastern | 11 | 6 | 4 | 21 |
| Native American | 2 | 1 | 0 | 3 |
| TOTAL | 5,926 | 384 | 219 | 6,529 |

Exhibit 3

05.98.00 INTERACTION WITH FEDERAL IMMIGRATION OFFICERS

**98.01 General Policy**. In the course of enforcing state law, DPS officers will cooperate and assist federal immigration officers through the exchange of information, through the referral of lawfully detained or arrested individuals when appropriate and by providing enforcement assistance to federal immigration officers as reasonable and necessary. DPS commissioned officers are not primarily responsible for the enforcement of federal immigration law. DPS officers will not independently enforce provisions of the Immigration and Nationality Act regulating the removal of any person unlawfully present in the United States. In carrying out this general policy, officers will observe the following:

**98.02 Initial Contact**. DPS officers will not stop, detain or arrest any person based upon that person's immigration status or suspected immigration status. Individuals presenting a valid Texas Driver License or DPS issued Identification Card will be assumed to have lawful presence in the United States.

**98.03 Immigration Status Inquiries.** DPS officers will inquire about the immigration status of legally detained individuals when information discovered in the course of the officer's investigation of a possible violation of state law, including an inability to identify the individual subject to investigation, causes the officer to reasonably suspect that the person is unlawfully present in the United States.

**98.04 Consultation with Federal Immigration Officers.** DPS officers will immediately attempt to contact a federal immigration officer if during a lawful detention justified by a suspected violation of state law the officer discovers information causing a reasonable suspicion that a person is unlawfully present in the United States.

**98.05 Reasonable Detention.** A DPS officer may prolong a detention beyond the time necessary to address the suspected state law violation that initially justified a detention only:

   1. To investigate reasonable suspicion of additional state law violations developed during the detention; or

   2. Upon the request, instruction or approval of a federal immigration officer contacted pursuant to section 05.98.04.

Under no circumstances may an officer detain an individual in a manner or for a duration that is unreasonable under the totality of circumstances.

**98.06 Discrimination Prohibited.** Officers may not subject members of any particular group to routine inquiries regarding immigration status based on considerations of race, color, religion, language or national origin.

**98.07 Immigration Inquiries to Crime Victim or Witness.** In the course of investigating an alleged criminal offense a DPS officer may inquire as to the nationality or immigration status of a victim or witness to the offense only if necessary to investigate the offense or to provide the victim or witness with information about federal visas designed to protect individuals providing assistance to law enforcement.

**98.08 Dignified Treatment of all People.** DPS officers must treat all people with whom they interact, including people who may be present in the United States without authorization, with dignity and respect and in a manner that is consistent with the DPS motto of Courtesy, Service and Protection.