IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CITY OF EL CENIZO, et al., <br><br> *Plaintiffs,* <br><br> TRAVIS COUNTY, TRAVIS COUNTY JUDGE SARAH ECKHARDY, AND TRAVIS COUNTY SHERIFF SALLY HERNANDEZ <br><br> *Plaintiff-Intervenors,* <br><br> v. <br><br> STATE OF TEXAS, et al., <br><br> *Defendants.* | Civil Action No.: 5:17-cv-404-OG <br><br><br><br><br> **DEFENDANTS' MOTION TO DISMISS OR TRANSFER COMPLAINT IN INTERVENTION OF TRAVIS COUNTY, TRAVIS COUNTY JUDGE SARAH ECKHARDT, AND TRAVIS COUNTY SHERIFF SALLY HERNANDEZ (ECF NO. 78)** |

On June 20, 2017, the Court granted Travis County, Travis County Judge Sarah Eckhardt, and Travis County Sheriff Hernandez's (hereinafter the "Travis County Plaintiffs") Motion to Intervene. ECF No. 68. Texas now moves, pursuant to Federal Rules of Civil Procedure 7 and 12(b)(3), and 28 U.S.C. §§ 1404 and 1406, for this Court to dismiss the Travis County Plaintiffs' complaint in intervention (ECF No. 78) or transfer it for consolidation with a related, first-filed matter pending in this Court's Austin Division, *Texas v. Travis County, Texas, et al.*, No. 1:17-cv-425-SS.[1] The Travis County Plaintiffs are within the bounds of the Austin division, are,

---

[1] On June 20, 2017, the Court held Texas's Motion to Dismiss or Transfer the Consolidated Cases in abeyance pending a decision on subject matter jurisdiction in the Austin Division case. ECF No. 66. Texas is aware of the Court's order but files this Motion to ensure that there is a responsive pleading to the City's operative complaint on file. Moreover, Texas asserts that this case should be dismissed or transferred regardless of the outcome of the Austin Division case.

except Judge Eckhardt, parties to a first-filed lawsuit pending in the Austin Division involving the same issues, and have no connection to the San Antonio Division. Their complaint acknowledges that the actions that form the basis of its claims occurred in the Austin Division. *See* ECF No. 67-2 ¶¶ 13, 34–51. All Defendants are within the Austin Division. Venue is thus improper in the San Antonio Division.

In further support of this Motion, Texas incorporates by reference the arguments and authorities raised in its Memorandum of Law in Support of Defendants' Motion to Dismiss or Transfer the Consolidated Cases, ECF No. 32-1, and requests that the City of Dallas's claims be dismissed, or alternatively, transferred to the Austin Division for consolidation with Case No. 1:17-cv-425-SS.[2]

---

[2] Courts within the Fifth Circuit have routinely accepted and addressed the merits of arguments that have been incorporated by reference to earlier-filed motions. *See, e.g.*, *Chaverri v. Dole Food Co., Inc.*, 2012 WL 2087409, at *3 (E.D. La. June 8, 2012) (noting that it was sensible for the defendant to incorporate by reference arguments raised in earlier motions to dismiss because the defendant raised many of the same arguments in those earlier motions); *Phoenix Licensing L.L.C. v. CenturyLink Inc.*, 2015 WL 5786582, at *1 (E.D. Tex. Sept. 30, 2015). Indeed, in Travis County's reply brief in support of its motion for intervene, the County incorporates by reference its earlier briefing in this case and its briefing in the Austin litigation. *See* ECF No. 47 at 1–2.

Respectfully submitted this the 29th day of June, 2017.

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    BRANTLEY D. STARR
    Deputy First Assistant Attorney General

    MICHAEL C. TOTH
    Special Counsel to the First Assistant
    Attorney General

    ANDREW D. LEONIE
    Associate Deputy Attorney General

    AUSTIN R. NIMOCKS
    Associate Deputy Attorney General

    */s/ Darren McCarty*
    DARREN MCCARTY
    Special Counsel for Civil Litigation
    Texas Bar No. 24007631
    darren.mccarty@oag.texas.gov

    DAVID J. HACKER
    Senior Counsel

    JOEL STONEDALE
    Counsel
    Office of Special Litigation
    ATTORNEY GENERAL OF TEXAS
    P.O. Box 12548, Mail Code 009
    Austin, Texas 78711-2548
    Tel.: (512) 936-1414
    Fax: (512) 936-0545

    *ATTORNEYS FOR TEXAS*

## CERTIFICATE OF SERVICE

    I, Darren McCarty, hereby certify that on this the 29th day of June, 2017, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                      */s/ Darren McCarty*
                                      DARREN MCCARTY