**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| CITY OF EL CENIZO, TEXAS, MAYOR RAUL L. REYES of City of El Cenizo; MAVERICK COUNTY; Maverick County Sheriff TOM SCHMERBER, Maverick County Constable Pct. 3-1 MARIO A. HERNANDEZ; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br> *Plaintiffs*,<br><br>v.<br><br>TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; and KEN PAXTON, in his official capacity as Texas Attorney General,<br><br> *Defendants*. | No. 5:17-cv-404-OG<br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

 Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that all defendants appeal to the United States Court of Appeals for the Fifth Circuit from the preliminary injunction order entered on August 30, 2017 (ECF No. 189) as well as any other associated orders.

 Respectfully submitted this the 31st day of August, 2017.

1

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY D. STARR
Deputy First Assistant Attorney General

MICHAEL C. TOTH
Special Counsel to the First Assistant Attorney General

ANDREW D. LEONIE
Associate Deputy Attorney General

AUSTIN R. NIMOCKS
Associate Deputy Attorney General

*/s/Darren McCarty*
DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No. 24007631
darren.mccarty@oag.texas.gov

DAVID J. HACKER
Senior Counsel

Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414
(512) 936-0545 Fax

*ATTORNEYS FOR TEXAS*

## CERTIFICATE OF SERVICE

      I, Darren McCarty, hereby certify that on this the 31st day of August, 2017, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                             */s/Darren McCarty*
                                             DARREN MCCARTY