# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CITY OF EL CENIZO, TEXAS, MAYOR RAUL L. REYES of City of El Cenizo; MAVERICK COUNTY; Maverick County Sheriff TOM SCHMERBER, Maverick County Constable Pct. 3-1 MARIO A. HERNANDEZ; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; and KEN PAXTON, in his official capacity as Texas Attorney General,<br><br>　　*Defendants*. | Nos. 5:17-cv-404-OG [Lead], 5:17-cv-459, 5:17-cv-489 [Consolidated]<br><br>**AMENDED NOTICE OF APPEAL** |

**AMENDED NOTICE OF APPEAL**

　　Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that all defendants in these consolidated cases appeal to the United States Court of Appeals for the Fifth Circuit from the preliminary injunction order entered on August 30, 2017 (ECF No. 189 in No. 5:17-cv-404) as well as any other associated orders. *See Barnett v. Petro-Tex Chemical Corp.*, 893 F.2d 800, 805 (5th Cir. 1990) ("[W]hen cases have been consolidated in district court and disposed of by entry of one final judgment, a single notice of appeal may be used by all the appealing parties.").

　　Respectfully submitted this the 1st day of September, 2017.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY D. STARR
Deputy First Assistant Attorney General

MICHAEL C. TOTH
Special Counsel to the First Assistant Attorney General

ANDREW D. LEONIE
Associate Deputy Attorney General

AUSTIN R. NIMOCKS
Associate Deputy Attorney General

*/s/Darren McCarty*
DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No. 24007631
darren.mccarty@oag.texas.gov

DAVID J. HACKER
Senior Counsel

Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414
(512) 936-0545 Fax

*ATTORNEYS FOR TEXAS*

## CERTIFICATE OF SERVICE

I, Darren McCarty, hereby certify that on this the 1st day of September, 2017, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/Darren McCarty*
Darren McCarty