FILED

SEP 0 7 2018

CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CITY OF EL CENIZO, *et al.*, | Civil Action No.: 5:17-CV-00404-OLG<br>(Lead Case) |
| EL PASO COUNTY; RICHARD WILES, SHERIFF OF EL PASO COUNTY; JO ANNE BERNAL, EL PASO COUNTY ATTORNEY in their official capacity; TEXAS ORGANIZING PROJECT EDUCATION FUND; and MOVE SAN ANTONIO, | Civil Action No: 5:17-CV-00459-OLG<br>(Consolidated case) |
| CITY OF SAN ANTONIO, et al., | Civil Action No: 5:17-CV-00489-OLG<br>(Consolidated case) |
| *Plaintiffs*, | |
| v. | |
| THE STATE OF TEXAS, et al., | |
| *Defendants*. | |

### ORDER

Before the Court is Michael Moran's Unopposed Motion to Substitute Counsel. The Court, having reviewed the motion and finding good cause, GRANTS the motion.

ACCORDINGLY, IT IS ORDERED that Michael Moran is withdrawn and Martin Golando is substituted as counsel for Plaintiffs El Paso County, Richard Wiles, and Jo Anne Bernal.

SIGNED ____ day of _____, 2018.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE