UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CITY OF EL CENIZO, *et al.*, *Plaintiffs*, | § § § § § § § § | CIVIL ACTION NO. 5:17-CV-404-OG [Consolidated/Lead Case] |
| v. | | |
| STATE OF TEXAS, *et al.*, *Defendants*. | | |

## ORDER

Now before the Court comes Defendants' Motion to Dismiss City of Austin's First Amended Complaint, filed January 13, 2020.  After considering the Motion, the Response, and any Replies thereto, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss City of Austin's First Amended Complaint is GRANTED and Plaintiff City of Austin's claims are DISMISSED.

DATE: _____

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE