UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CITY OF EL CENIZO, *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 5:17-CV-404-OG |
| | § | [Consolidated/Lead Case] |
| STATE OF TEXAS, *et al.*, | § | |
|    *Defendants*. | § | |

**DEFENDANTS' MOTION TO STRIKE, TO DISMISS, OR FOR A MORE DEFINITE STATEMENT**
**EXHIBIT A**

# Thompson, William

| | |
|---|---|
| **From:** | Nina Perales <nperales@MALDEF.org> |
| **Sent:** | Monday, December 2, 2019 1:23 PM |
| **To:** | Thompson, William |
| **Cc:** | Ramon Soto; garzpalm@aol.com; Martin Golando (martin.golando@gmail.com); Efren C. Olivares; mimi@texascivilrightsproject.org; meghan.riley@austintexas.gov; sameer.birring@austintexas.gov; Biggs, Adam |
| **Subject:** | RE: SB4 -- Conference on motions |

Will,

Thank you very much for the quick response. I will be sure to include your position on today's motion and the motion to amend.

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
    and Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
Ph (210) 224-5476 ext. 206
FAX (210 224-5382



CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message. This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information. If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may be illegal. If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.

**From:** Thompson, William [mailto:Will.Thompson@oag.texas.gov]
**Sent:** Monday, December 02, 2019 1:20 PM
**To:** Nina Perales
**Cc:** Ramon Soto; garzpalm@aol.com; Martin Golando (martin.golando@gmail.com); Efren C. Olivares; mimi@texascivilrightsproject.org; meghan.riley@austintexas.gov; sameer.birring@austintexas.gov; Biggs, Adam
**Subject:** RE: SB4 -- Conference on motions

Nina,

I am sorry to hear about Ms. Garcia's loss. We do not oppose your motion for an extension of time.

We oppose your motion to amend your complaint insofar as you seek to add new claims, add new defendants, or change your existing claims. Insofar as you seek to drop existing claims or drop existing defendants, we are not opposed.

I am available to discuss these matters on the phone if you think that would be helpful.

Best,
Will

Will Thompson
Special Counsel for Civil Litigation
Office of the Attorney General
209 West 14th Street
Austin, Texas
(512) 936-2567

---

**From:** Nina Perales <nperales@MALDEF.org>
**Sent:** Monday, December 2, 2019 12:29 PM
**To:** Thompson, William <Will.Thompson@oag.texas.gov>; Biggs, Adam <Adam.Biggs@oag.texas.gov>
**Cc:** Ramon Soto <rsoto@MALDEF.org>; garzpalm@aol.com; Martin Golando (martin.golando@gmail.com) <martin.golando@gmail.com>; Efren C. Olivares <efren@texascivilrightsproject.org>; mimi@texascivilrightsproject.org; meghan.riley@austintexas.gov; sameer.birring@austintexas.gov
**Subject:** SB4 -- Conference on motions

Dear counsel,

I write to confer on two motions that the San Antonio plaintiffs plan to file.

1. A motion to extend the deadline to amend pleadings from Wednesday December 4 to Friday December 13, 2019. San Antonio Plaintiffs' counsel Yolanda Garcia lost her mother and will not be in the office before the current filing deadline. This extension will move Texas's deadline to file a motion to dismiss from January 3 to January 13.

2. A motion for leave to amend the complaint. On the deadline to amend pleadings, the San Antonio plaintiffs plan to file a motion for leave to amend their complaint to add as-applied challenges to SB4 as well as add several new parties.

Please let me know whether your clients object to the motions. Thank you,

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
    and Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
Ph (210) 224-5476 ext. 206
FAX (210 224-5382



CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message. This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information. If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may be illegal. If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by

telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.