UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CITY OF EL CENIZO, *et al.,* <br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.,* <br> *Defendants.* | § <br> § <br> §    CIVIL ACTION NO. <br> §    5:17-CV-404-OG <br> §    [Consolidated/Lead Case] <br> § <br> § <br> § |

## ORDER

Now before the Court comes Defendants' Motion to Strike, to Dismiss, or for a More Definite Statement, filed January 13, 2020. After considering the Motion, the Response, and any Replies thereto, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Strike, to Dismiss, or for a More Definite Statement is GRANTED and the claims of Plaintiffs El Paso County, Richard Wiles, Jo Anne Bernal, Texas Organizing Project Education Fund, and MOVE Texas are DISMISSED.

DATE: _____

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE