UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | |
|---|---|
| CITY OF EL CENIZO, *et al.,* § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL NO. SA-17-CV-404-OG |
| § | [Consolidated/Lead case] |
| STATE OF TEXAS, *et al.,* § | |
| § | |
| Defendants. § | |

# CITY OF SAN ANTONIO PLAINTIFFS'
# MOTION TO WITHDRAW RAMON A. SOTO AS COUNSEL

Plaintiffs City of San Antonio, *et al.,* respectfully move to withdraw Ramon A. Soto as an attorney in this case. Mr. Soto ended his employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on October 6, 2020. His withdrawal will not cause undue delay and will not adversely affect the interests of Plaintiffs City of San Antonio, *et al*.

Plaintiffs City of San Antonio, *et al.*, will continue to be represented by Attorney-in-Charge, Nina Perales, and attorneys Thomas A. Saenz, Andrea Senteno, Tanya Pellegrini (MALDEF), Deborah Klein (Office of the City of San Antonio), Yolanda Garcia and Robin Wechkin (Sidley Austin, LLP).

For these reasons, Plaintiffs City of San Antonio, *et al.*, respectfully request that Ramon A. Soto be withdrawn as counsel in this case.

Dated: January 7, 2021                    Respectfully submitted,

                                                   **MEXICAN AMERICAN LEGAL**
                                                   **DEFENSE AND EDUCATIONAL FUND**
                                                   By: */s/ Nina Perales*
                                                   Thomas A. Saenz (CA Bar No. 159430)*
                                                   Nina Perales (TX Bar No. 24005046)

1

Andrea Senteno (NY Bar No. 5285341)*
Tanya G. Pellegrini (CA Bar No. 285186)*
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
*By *Pro Hac Vice* Admission

Attorneys for Plaintiffs CITY OF SAN ANTONIO, BEXAR COUNTY, CITY OF EL PASO, REY A. SALDAÑA, TEXAS ASSOCIATION OF CHICANOS IN HIGHER EDUCATION, LA UNION DEL PUEBLO ENTERO, AND WORKERS DEFENSE PROJECT


**CITY OF SAN ANTONIO**
Deborah Lynne Klein
Deputy City Attorney, Litigation
SBN: 11556750
Office of the City Attorney
Litigation Division
Frost Bank Tower
100 W. Houston St., 18th Floor
San Antonio, Texas 78205
(210)207-8940/(210)207-4357

Attorney for Plaintiff CITY OF SAN ANTONIO


**SIDLEY AUSTIN LLP**
Yolanda C. Garcia (TX Bar No. 24012457)*
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Phone: (214) 981-3300
Facsimile: (214) 981-3400
ygarcia@sidley.com

Robin E. Wechkin (WA Bar No. 24746)*
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: (415) 439-1799
Facsimile: (415) 772-7400
rwechkin@sidley.com

*By *Pro Hac Vice* Admission

Attorneys for Plaintiffs CITY OF SAN ANTONIO and REY A. SALDAÑA

**CERTIFICATE OF CONFERENCE**

On January 7, 2021, the undersigned counsel for City of San Antonio Plaintiffs communicated with counsel for Defendants, counsel for plaintiffs in all of the consolidated cases, and counsel for all plaintiff-intervenors regarding the parties' positions on this motion. The motion is not opposed by Defendants or other plaintiffs.

*/s/ Nina Perales*
Nina Perales

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2021, I served a copy of the foregoing Document on all counsel registered to receive NEFs through this Court's CM/ECF system.

*/s/ Nina Perales*
Nina Perales