UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | | |
|---|---|---|
| CITY OF EL CENIZO, *et al.,* | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. SA-17-CV-404-OG [Consolidated/Lead case] |
| STATE OF TEXAS, *et al.,* | § § | |
| Defendants. | § § | |

# **ORDER**

On this date, the Court considered City of San Antonio Plaintiffs' Unopposed Motion to Withdraw Ramon A. Soto as Counsel. After reviewing the arguments, the Motion to Withdraw is GRANTED. It is ORDERD that Ramon A. Soto is withdrawn as counsel of record in this case.

Signed on _____, 2021.

_____
HON. ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE