IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CITY OF EL CENIZO, et al.,** §<br>　　*Plaintiffs*, §<br>　§<br>**v.** §<br>　§<br>**STATE OF TEXAS, et al.,** §<br>　　*Defendants*. § | <br><br><br>**CIVIL ACTION NO. 5:17-CV-404-OG**<br>**[Consolidated/Lead Case]** |

## DEFENDANTS' MOTION TO SUBSTITUTE NEW ATTORNEY IN CHARGE

Defendants City of Rowlett, Chief Michael Godfrey, Officer Jason Welk, and Officer Brandon Rickman are represented by the Office of the Attorney General of Texas. Currently, Assistant Attorney General Courtney B. Corbello is the attorney-in-charge. This case, however, was administratively reassigned to Assistant Attorney General Jason T. Bramow as the attorney-in-charge. AAG Jason T. Bramow requests that all future correspondence be sent to him at the address listed below. Further, AAG Jason T. Bramow requests that the Court remove AAG Courtney B. Corbello as an attorney of record in this case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**KEN PAXTON**
　　　　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　　　　**BRENT WEBSTER**
　　　　　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　**GRANT DORFMAN**
　　　　　　　　　　　　　　　　　　　　Deputy First Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　**SHAWN E. COWLES**
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General for Civil Litigation

　　　　　　　　　　　　　　　　　　　　**SHANNA E. MOLINARE**
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Chief, Law Enforcement Defense Division

1

<u>/s/ Jason T. Bramow</u>
**JASON T. BRAMOW**
Assistant Attorney General
Attorney-in-Charge
Texas State Bar No. 24101545

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9994
jason.bramow@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS
GODFREY, WELK, RICKMAN, AND CITY
OF ROWLETT**

## NOTICE OF ELECTRONIC FILING

I, **JASON T. BRAMOW**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of **Defendants' Motion to Substitute New Attorney in Charge** in accordance with the Electronic Case Files System of the Western District of Texas on this December 14, 2021.

/s/ Jason T. Bramow
**JASON T. BRAMOW**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **JASON T. BRAMOW**, certify that on December 14, 2021, a true and correct copy of foregoing **Defendants' Motion to Substitute New Attorney in Charge** was served on all counsel of record via the Western District of Court's Electronic Case Files System on December 14, 2021.

/s/ Jason T. Bramow
**JASON T. BRAMOW**
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, **JASON T. BRAMOW**, Assistant Attorney General of Texas, do hereby certify that on December 10, 2021 this motion was conferenced via email with lead counsel for Plaintiff, Nina Perales, and lead counsel for co-Defendants, Will Thompson.

Ms. Perales is unopposed to this motion.

Mr. Thompson is unopposed to this motion.

/s/ Jason T. Bramow
**JASON T. BRAMOW**
Assistant Attorney General