IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CITY OF EL CENIZO, et al.,** *Plaintiffs*, | § § § |
| v. | §  CIVIL ACTION NO. 5:17-CV-404-OG § [Consolidated/Lead Case] |
| **STATE OF TEXAS, et al.,** *Defendants*. | § § § |

## ORDER

On this day, the Court considered **Defendants' Motion to Substitute New Attorney in Charge**. The Court is of the opinion that the motion should be **GRANTED**.

It is therefore **ORDERED** that Assistant Attorney General Jason T. Bramow shall be entered as the lead attorney for Defendants City of Rowlett, Chief Michael Godfrey, Officer Jason Welk, and Officer Brandon Rickman. It is further **ORDERED** that Courtney B. Corbello shall be removed as an attorney of record in this case.