IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CITY OF EL CENIZO, et al. | ) | |
| *Plaintiffs* | ) | |
| | ) | Civil Action No. 5:17-CV-404-OG |
| v. | ) | [Consolidated/Lead Case] |
| | ) | |
| STATE OF TEXAS; et al. | ) | |
| *Defendants* | ) | |

## Advisory in Response to the Court's Order

Plaintiffs, El Paso County; Richard Wiles; Jo Anne Bernal; the Texas Organizing Project; and MOVE Texas, advise the Court that, setting aside other harms caused by Defendants' actions, they have not been a party to any state actions to enforce the provisions of Texas Senate Bill No. 4, passed by the 85th legislature. In addition, these plaintiffs have not been threatened with enforcement of the provisions of Texas Senate Bill No. 4, passed by the 85th legislature.

DATED:    January 29, 2024

Respectfully,

By: /s/ Jose Garza

The Law Office of Jose Garza
Jose Garza
Attorney-In-Charge
garzpalm@aol.com
Texas Bar No. 07731950
7414 Robin's Rest
San Antonio, Texas 78209
(210) 392-2856

The Law Office of Martin Golando, PLLC
Martin Golando
Martin.Golando@gmail.com

        Texas Bar No. 24059153
        2326 W. Magnolia
        San Antonio, Texas 78201
        (210) 471-1185

        Attorneys for Plaintiffs EL PASO COUNTY; and RICHARD WILES, SHERIFF OF EL PASO COUNTY

        Texas Civil Rights Project
        Erin D. Thorn
        Texas Bar No. 24093261
        1017 W. Hackberry Avenue
        Alamo, TX 78557
        (956)-787-8171 ext. 127
        erin@texascivilrightsproject.org
        Attorney for Plaintiff TEXAS ORGANIZING PROJECT EDUCATION FUND and MOVE TEXAS

## CERTIFICATE OF SERVICE

I certify that, on January 29, 2024, I filed the foregoing via the Court's ECF/CM system, which will serve a copy on all counsel of record.

        <u>/s/Erin D. Thorn</u>
        Erin D. Thorn