**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CITY OF EL CENIZO, TEXAS, *et al.*; | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 5:17-cv-404-OLG |
| v. | § | [Consolidated/lead case] |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| Defendants. | § | |

## CITY OF AUSTIN'S ADVISORY REGARDING TEXAS SENATE BILL NO. 4

The City of Austin advises the Court that it has not been a party to any state actions to enforce the provisions of Texas Senate Bill No. 4, passed by the 85th legislature. In addition, the City of Austin has not been threatened with enforcement of the provisions of Texas Senate Bill No. 4, passed by the 85th legislature.

<div style="margin-left:40%;">

RESPECTFULLY SUBMITTED,
ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, LITIGATION DIVISION CHIEF

/s/  Monte L. Barton, Jr.
ARIANE V. ARTH
Assistant City Attorney
State Bar No. 24098553
Telephone:  (512) 974-3454
ariane.arth@austintexas.gov
MONTE L. BARTON, JR.
Assistant City Attorney
State Bar No. 24115616
Telephone:  (512) 974-2409
Monte monte.barton@austintexas.gov
City of Austin - Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Facsimile:  (512) 974-1311

**ATTORNEYS FOR PLAINTIFF CITY OF AUSTIN**

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of February 2024, I served a copy of the foregoing document on all counsel registered to receive electronic notifications through this Court's CM/ECF system..

<u>  /s/    Monte L. Barton, Jr.</u>
MONTE L. BARTON, JR.